Erika Bailey Drake (SBN 248034)
edrake@drakeanddrake.com
Roger D. Drake (SBN 237834)
rdrake@drakeanddrake.com
23679 Calabasas Road, Suite 403
Calabasas, California 91302
Telephone: 818.438.1332
Facsimile: 818.854.6899
Attorneys for Plaintiff

FILED
CLERK, U.S. DISTRICT COURT

DEC - 9 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA ANN KELSCH | ) CASE NO.: 2:14-cv-00532-E |
| Plaintiff, | ) |
| v. | ) [~~PROPOSED~~] ORDER |
| CAROLYN W. COLVIN, Acting, Commissioner of Social Security, | ) AWARDING EAJA FEES |
| Defendant. | ) |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of THREE TWO THOUSAND EIGHT HUNDRED EIGHTY DOLLARS AND 00/100 ($2,880.00) and costs in the amount of FOUR HUNDRED DOLLARS ($400.00) subject to the terms of the stipulation.

DATED: 12/9/14

_____
HONORABLE CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE